PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Donald Wayne Dowling</u>     Case Number: <u>1:20-CR-224(01)-RP</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert Junell, U.S. District Judge, Western District of Texas – Midland Division</u>

Date of Original Sentence: <u>August 2, 2006</u>

Original Offense: <u>Aiding & Abetting Possession with Intent to Distribute a Controlled Substance, Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) & (a)(1)(A) and 18 U.S.C. § 2.</u>

Original Sentence: <u>Life imprisonment, followed by a 15-year term of supervised release. Special conditions include: residence restrictions, abstain from the use of alcohol and all other intoxicants, and a $100.00 special assessment (satisfied)</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>October 10, 2018</u>

Assistant U.S. Attorney: <u>John S. Klassen</u>     Defense Attorney: <u>Gerald R. Lopez</u>

### PREVIOUS COURT ACTION

On January 17, 2017, the defendant was named in an Executive Grant of Clemency, and his term of imprisonment was commuted.

On August 24, 2018, the defendant's term of supervision was modified to include placement in a residential reentry center for six months.

On September 28, 2020, a Transfer of Jurisdiction was accepted by the Western District of Texas, Austin Division, and assigned to the docket of the Honorable Robert Pitman.

### NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 5:** "The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons."

**Nature of Noncompliance:** Dowling has been unemployed since October 2018.

Dowling, Donald Wayne
Report on Offender Under Supervision
Page 2

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Non-compliance:** On January 20, 2021, during a phone conversation with the defendant, he verbally admitted to using methamphetamine the previous date. As such, a random drug test submitted January 20, 2021 returned positive for amphetamines on January 26, 2021.

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time. On January 28, 2021, Dowling was enrolled in substance abuse treatment and random drug testing. He will be closely monitored for compliance. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Dowling incur any further violations, the Court will be immediately notified.

| Approved by, | Respectfully submitted, |
|---|---|
| Hector J. Garcia<br>Supervising U.S. Probation Officer | Heather M. Durand<br>U.S. Probation Officer<br>Date: January 29, 2021 |

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other _____

Honorable Susan Hightower
United States Magistrate Judge

Date:  January 29, 2021